JONATHAN BASS *vs.* HAVERHILL MUTUAL FIRE INSURANCE COMPANY.

The submission of a case in writing to the judgment of the superior court or court of common pleas upon evidence, " to be tried without the intervention of a jury," is a waiver of a trial by jury, pursuant to *St.* 1857, *c.* 267; and from the judgment thereon, if no exceptions are taken, no appeal lies.

ACTION OF CONTRACT upon a policy of insurance. In the superior court of Suffolk, the parties in writing " agreed that this case be submitted to the court, to be tried without the intervention of a jury," upon the policy and application and notice of loss, the plaintiff's evidences of title, and a deposition filed in the case ; and " that the court may enter such judgment and for such amount as shall be thought correct." That court rendered judgment for the plaintiff, from which the defendants appealed. The plaintiff now moved to dismiss the appeal.

*W. Brigham*, for the plaintiff.

*F. W. Hurd*, for the defendants.

BY THE COURT. The agreement of the parties in this case is a waiver of a trial by jury, pursuant to *St.* 1857, *c.* 267. After such an agreement in the superior court or court of common pleas, if no exceptions are taken, no appeal lies to this court.

*Appeal dismissed.*